# **Arkansas Opioid Recovery Partnership:** General Funding Application

**Proposal for Arkansas Opioid Recovery Partnership General Funding**

**Project/Funding proposals submitted to the Arkansas Opioid Recovery *should adhere to the following guidelines:***

1. A proposal submitted by any person or entity other than the Partnership Director shall include a letter or letters of support signed by the county judge of each county to be served by the proposal, and the mayor of each first-class city to be served by the proposal. It is the applicant's responsibility to obtain the necessary signatures of county and city support.
2. A proposal should demonstrate evidence-based strategies to abate the opioid epidemic in Arkansas, in a manner consistent with approved purposes as defined in the Arkansas Opioids MOU, settlement agreements, and court orders approving settlements and bankruptcies.
3. A proposal should address the guiding principles of the Partnership outlined above, with honest and candid analysis of strengths and weaknesses of the proposal considering the guiding principles.
4. A proposal should be designed to treat, prevent, and reduce opioid use disorder and the misuse of opioids or otherwise abate or remediate the opioid epidemic. Each proposal should discuss and demonstrate this nexus.
5. A proposal should include suggested data and benchmarks/milestones to assist with evaluation of the effectiveness of the proposal if approved.
6. A proposal should include a sustainment plan for continuation of the proposal after proposed funding from the Partnership.
7. The Partnership may require outcome-related data from any entity that receives abatement funds.
8. The Partnership may require a proposal to achieve benchmarks/milestones as a condition of ongoing funding. Project funding is not guaranteed and may be dependent on completion of deliverables and reporting. Noncompliance with state or federal law, noncompliance with guidelines, or noncompliance with project benchmarks/milestones, may result in funding termination.

**Mission: *Evaluate proposals, make recommendations, and empower evidence-based programs and strategies to abate the Arkansas opioid epidemic, in a manner consistent with approved purposes as defined in the Arkansas Opioids MOU, settlement agreements, and court orders approving settlements and bankruptcies.***

**The Arkansas Opioid Recovery Partnership is guided by the following principles:**

1. The Partnership seeks a shared framework for disbursing opioid abatement funds. Abatement efforts will be most effective if Arkansas governments unite and work cooperatively together, as they have in opioid litigation, on behalf of the people.

**EXHIBIT 1**

2. The Partnership should seek to use limited funds to supplement and expand existing public and private abatement efforts and funding, rather than supplanting or duplicating existing abatement efforts and funding.
3. The Partnership should fund public and private evidence-based projects, and funded projects should be evaluated for effectiveness moving forward, with ongoing funding contingent on demonstrated effectiveness as appropriate.
4. The Partnership should fund public and private programs and strategies that abate the opioid epidemic at the community and family levels.
5. The Partnership should support diversion from arrest/incarceration and should support access to peer support and treatment in correctional settings.
6. The Partnership should fund anti-stigma programs and involve communities in education and prevention efforts.
7. Priority should be given to evidence-based and evidence-informed prevention, treatment, recovery, or harm reduction programs, services, supports, and resources.
8. The Partnership should ensure diversity of representation and funding, including racial and geographic diversity, including people with lived experience, and including less populated and geographically isolated communities.
9. The Partnership will operate with all reasonable transparency.

Email *

carlottap75@gmail.com

Applicant Details

Organization Name *

H.E.A.R.D. (Helping Every Addict Recover Daily)

Federal Tax ID Number *

92-590569

Please upload a completed W-9 Form *

HEARD DOFS - C...

If you were to receive funding, what organization would you like the check to be made out to? *

H.E.A.R.D. (Helping every Addict Recover Daily

Contact Name *

Carlotta Powell

Contact Address: Street Address, City, State, Zip Code *

**Please include your city, state, and zip code.**

7000 N. State Line Ave. Texarkana AR 71854

Contact Email *

carlottap75@gmail.com

Contact Phone Number *

903-650-2851

Date of Proposal Submission *

MM DD YYYY

09 / 28 / 2023

Proposed Funding Period (begin/end date) *

October 2023 - October 2024

Proposed Project Manager *

Carlotta Powell

Proposed Program Title *

H.E.A.R.D.

Tell us about your organization's mission (in 500 words or less). What does your organization **currently** do?

H.E.A.R.D. INC's purpose is to provide positive support through recovery-focused services. We provide Peer Support Services to anyone seeking recovery from substance use disorder. In addition, we will provide a safe environment that offers education, supportive services, access to community resources, peer training and Transitional Living. Our goal is to provide positive change opportunities to participants seeking a life free from chemical dependency. We embrace the concepts espoused by the SAMSHA, The Department of Behavioral Health Disabilities (DBHDD), the National Alliance for Recovery Residents (NARRA) as well as the AR Peer Support Model. At the heart of the recovery movement is the idea of shifting focus from the disease or pathological aspect of the illness, emphasis should be on strengths and potential for success.

Please provide an outline of your **proposed funding request** (in 500 words or less). How will you use the proposed funding? What additional services will you be able to provide with the funding? *

We want to purchase a home for the Women's Chem Free Living. This home will house 12 women. The cost of the house to purchase (plus closing costs) will be $325,000. The estimated cost of utilities will be $8,640. The estimated cost of the property tax and insurance will be $5,129. Due to it being used for transitional living, we will have to add a fire suppression system, which will run $18,200. To furnish the house, it will cost $31,187.24. The total for the house is $389,081.24. We also hope to pay a Peer Supervisor in the amount of $50,000 as well as a Peer Support Specialist in the amount of $32,500. We will also need $15,000 to pay for Payroll Costs (CPA, Payroll Taxes, Benefits), bringing the grand total to $486,581.24 for one complete year.
A Detailed budget will be provided.

Please provide a timeline and goals to implement your **proposed** project (in 500 words or less). *

We want to have to house opened by the end of October. Please see attached for a detailed outline and program description.

Please justify the need for your proposal in your jurisdiction (in 500 words or less). *

Using data, please explain why your city or county is in need of the services you will provide.

According to the Miller County Opioid Dashboard- Arkansas Takeback (artakeback.org) since 2018, the rate of opioid use has steadily increased to impact nearly a quarter of out county population, with almost half of opioid related deaths occurring in 2021. Miller County had 1885 documented narcotics arrests from 2017 - 2021. Texarkana Arkansas Police Department alone responded to 667 overdose calls, resulting in 188 uses of Narcan from November 2020 to June 2022. Now more than ever, it is crucial that targeted efforts in our area of Southwest Arkansas be initiated to combat the rise of opioid related tragedies.
It is important to know Miller County does not have any Chem Free housing to assist addicts in their recovery efforts, or a center where multiple community providers are housed. We know that often some of the barriers that are faced in recovery are 1) transportation 20 financial 30 lack of resources and 40 housing. H.E.A.R.D.'s goal is to help eliminate some of these barriers by working closely with other community agencies. the services will be provided free of charge to the peers we serve.

County and Cities where the proposed program would be conducted (List all) *

Miller, Hempstead, and Little River Counties. The transitional housing will be stationed in Miller County, Texarkana AR.

Total annual budget request: *

$486,581.24

Please upload an **itemized** annual budget for the project. Please do not rely on estimations, but provide exact numbers. *

HEARD corrected...

Proposed project sustainability plan: How do you propose continuing your program after the settlement dollars has been spent? (Please limit to 500 words) *

By purchasing the women's house, it will eliminate the need for a monthly mortgage. We will have 12 beds at $125 weekly. We will be hosting fund raisers as well as partnering with other community organizations. By doing this, it will allow us to invest the monthly rent into the savings account. We will continue to identify, cultivate and acquire new donors and pursue funding locally form the county and city of Texarkana. As more funding opportunities arise, we will apply. We are looking to obtain a men's house with 12 beds in the future. That will allow us to take the rent from that house and put the money back into the organization.

Please outline current organization capabilities and programs currently operating *

Currently, it is just me and 2 PITs assisting peers as much as we can. I spend a lot of time after hours working with peers and trying to connect them with the limited number of resources in our community. I have a couple of PITs that are doing volunteer work in the community to assist peers in finding various resources. We have been in the community working with other non-profit agencies to identify the services they are able to provide.

Please list current operating funding sources *

Currently, we do not have any funding. We do not have a place to bring peers in and work with them to identify the needs. Everything I have been doing, weather it is transporting to treatment, connecting them to other resources, or just introducing them to recovery is done on my time and my money.

List state licenses, certifications, accreditations *

CS-D, ADC, PRPS, Peer Trainer of Trainers.

Is the proposed organization in good standing free from investigation, probationary issues, or pending legal issues? *

- (●) Yes
- ( ) No

Please list any potential conflicts of interest *

At this time, I do not see any. I have met with the Mayor, the City Planner, and the County Judge several times over the past year.

If you have any collaborating partners, please list them here *

Domestic Violence, Randy Sams, Engaging Texarkana, ACTS, Miller County Probation and Parole, Miller County DCFS, Harvest Texarkana

**County Judge, Mayor and City Manager Approvals**

Proposed project partner approvals: The proposer must contact each County Judge and Mayor/City Manager to obtain a signature approval to submit, in each of the jurisdictions that your program would primarily be covering. **This must be done before applying to ARORP.** Download the signature form here.

**Please note that you must have a new signature sheet for each project.**

If you have issues attaching the signed forms below, you can email them to tbarnes@arorp.org.

Attach appropriate forms here.

**If you intend to purchase property, please include the following documents:** Appraisal; Proof of financial success; Support/recommendation letters; Photos of property underwriter's review (this is your insurance); Building sketch; Seller property disclosure; Licensures or Certifications; Function job description of staff allocated to the project; Any other supporting document you would like to send. Please be sure to adopt the NARR Standards (National Alliance of Recovery Residences). If you have additional items to upload, please send them to arorp22@gmail.com.

HEARD 1 pg bud...

HEARD DOFS - C...

HEARD support - ...

HEARDSUPPORT...

How many forms will you be uploading? *

4

Have you submitted the appropriate forms to ARORP22@gmail.com? *

- ○ Yes
- ◉ Attached Above

This content is neither created nor endorsed by Google.

Google Forms