ARORP Arkansas Opioid Recovery Partnership

**November 14, 2023**

Carlotta Powell

**H.E.A.R.D. (Helping Every Addict Recover Daily)**
7000 N. State Line Ave.
Texarkana AR 71854

903-650-2851
carlottap75@gmail.com

Attention: **H.E.A.R.D. (Helping Every Addict Recover Daily)**

**by email to: tbarnes@arorp.org**

Reference: **Arkansas Opioid Recovery Partnership (ARORP)**

Subject: ARORP- Supplemental Funding Application
(Loan to Grant) General Application

**Notice of Award-Funding # ARORP23-184**

The Arkansas Opioid Recovery Partnership (ARORP) hereby notifies **H.E.A.R.D. (Helping Every Addict Recover Daily)** that the Tender for **ARORP- General Application** (as defined herein) received by ARORP, as amended, and clarified by ARORP Advisory Board and has been accepted by ARORP Leadership Team. This Tender was in response to Invitation to Tender **No. ARORP23-184**.

The Tender that has been **accepted** is for the General Application (loan to grant) as follows:

- **Total price for the Service Agreement/ scope of work, as tendered by the proposal: (Loan to Grant Terms)**

Grand Total: $486,581.24

*Funding to be evaluated by ARORP at conclusion evaluation results. *

The Service Agreement for the **ARORP- Supplemental Funding Application- General Application** has therefore been awarded **H.E.A.R.D. (Helping Every Addict Recover Daily)** as described in the purposed documents **H.E.A.R.D. (Helping Every Addict Recover Daily)** tender and subsequent clarifications/amendments, and you are authorized to proceed with the specific scope of work described above **H.E.A.R.D. (Helping Every Addict Recover Daily)** is to complete the work at the above address above within 60 months of the date of this Notice of Award.

The Service Agreement is currently being prepared to reflect this award for one year and will be sent to you shortly in the amount of **$486,581.24.**

Please sign the acknowledgement below, scan it and return it by email to tbarnes@arorp.org.

We look forward to working successfully with **H.E.A.R.D. (Helping Every Addict Recover Daily)** on this project.

ARORP Arkansas Opioid Recovery Partnership

Yours truly,

*Kirk Lane*

Kirk Lane, ARORP Director

cc. Tenesha Barnes, ARORP Deputy Director

***Acknowledgement***

**H.E.A.R.D. (Helping Every Addict Recover Daily)** acknowledges the receipt of this Notice of Award that awards the Service Agreement for the **ARORP- General Application** to **H.E.A.R.D. (Helping Every Addict Recover Daily)** in the amount of **$504,707.09.**

____________________ ____________________

Signed Name (print)

____________________ ____________________

Signed Name (print)

Date: ____________________