ARORP Arkansas Opioid Recovery Partnership

# General Application Milestones

THE ORGANIZATION RECEIVING FUNDING WILL NEED TO SUBMIT QUARTERLY REPORTS TO ARORP THROUGHOUT THE DURATION OF THEIR PROJECT AND/OR THE TERMS OF THEIR PROMISSORY NOTE.

IF MILESTONES ARE NOT MET, FUNDING WILL BE RECOUPED BY THE ARKANSAS OPIOID RECOVERY PARTNERSHIP.

**FUNDING IS FOR ONE YEAR**

## YEAR 1 PROJECT MILESTONES

| 1ST SET OF MILESTONES | DUE DATES | NOTES |
|---|---|---|
| Purchase property and furnishings, install fire suppression system | Prior to March 1, 2024 | |
| Hire personnel | Prior to March 1, 2024 | Peer recovery supervisor, peer support specialist |
| Launch new facility | Prior to March 1, 2024 | |
| Develop data tracking system | Prior to March 1, 2024 | |
| Submit first quarterly ARORP report | By March 1, 2024 | |
| **2ND SET OF MILESTONES** | **DUE DATE** | |
| Operate at full capacity | Prior to June 1, 2024 | 12 Women's Recovery Beds |
| Submit quarterly ARORP report | By June 1, 2024 | |
| **3RD SET OF MILESTONES** | **DUE DATES** | |
| Operate at full capacity | Prior to September 1, 2024 | 12 Women's Recovery Beds |
| Submit quarterly ARORP report | By September 1, 2024 | |
| **4TH SET OF MILESTONES** | **DUE DATE** | |
| Operate at full capacity | Prior to December 1, 2024 | 12 Women's Recovery Beds |

**EXHIBIT 3**

| | |
|---|---|
| Attend annual ARORP evaluation meeting | Prior to December 1, 2024 |
| Submit annual ARORP report | By December 1, 2024 |

## YEAR 2-5 PROJECT MILESTONES

| 1ST SET OF MILESTONES | DUE DATES | NOTES |
|---|---|---|
| Operate at full capacity | Prior to March 1, Annually | 12 Women's Recovery Beds |
| Submit quarterly ARORP report | By March 1, Annually | |
| **2ND SET OF MILESTONES** | **DUE DATE** | |
| Operate at full capacity | Prior to June 1, Annually | 12 Women's Recovery Beds |
| Submit quarterly ARORP report | By June 1, Annually | |
| **3RD SET OF MILESTONES** | **DUE DATES** | |
| Operate at full capacity | Prior to September 1, Annually | 12 Women's Recovery Beds |
| Submit quarterly ARORP report | By September 1, Annually | |
| **4TH SET OF MILESTONES** | **DUE DATE** | |
| Operate at full capacity | Prior to December 1, Annually | 12 Women's Recovery Beds |
| Attend annual ARORP evaluation meeting | Prior to December 1, Annually | |
| Submit annual ARORP report | By December 1, Annually | |