2023R007596
PENNY KILCREASE
MILLER COUNTY CIRCUIT CLERK
TEXARKANA, AR
RECORDED ON
12/08/2023 03:37:09 PM
RECORDING FEE 25.00
PAGES: 3

**Prepared By:**
Clayton, Ramirez & Null Law, P.L.L.C.
4807 Spicewood Springs Road
Building 3, Suite 250
Austin, TX 78759

**After Recording Return To:**
Southwest Title Company
617 East 6th Street
Texarkana, AR 71854
File No. 23-761605-ST

Space Above This Line for Recorder's Use

# WARRANTY DEED
## SINGLE PERSON

KNOW ALL MEN BY THESE PRESENTS:

That **JANE C HOY, ALSO KNOWN AS, ANNA JANE HOY A SINGLE PERSON,** hereafter called Grantor(s), for and in consideration of the sum of TEN Dollars ($10.00) and other good and valuable consideration to us in hand paid by **HELPING EVERY ADDICT RECOVER DAILY (HEARD), INC., an Arkansas non-profit corporation**, hereafter called Grantee(s), receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto Grantee(s), and unto his/her/their/its heirs, successors and/or assigns forever, the following lands lying in the County of Miller and State of Arkansas:

**LOT NUMBERED FIVE (5) IN BLOCK NUMBERED SIX (6) OF WOODLAND ESTATES 2ND ADDITION TO THE CITY OF TEXARKANA, MILLER COUNTY, ARKANSAS.**

**TO HAVE AND TO HOLD** the same unto Grantee(s) and unto his/her/their/its heirs, successors and/or assigns forever, with all appurtenances thereunto belonging.

**AND GRANTOR(S)** hereby covenant with Grantee(s) and unto his/her/their/its heirs, successors and/or assigns forever, that they will forever warrant and defend the title to said lands against all lawful claims whatever, subject to existing easements, building lines, restrictions and assessments of record, if any.

**EXHIBIT 4**

**WITNESS** my hand(s) and seal on this 8th day of December, 2023.

Jane C. Hoy
JANE C HOY

I hereby certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument. Exempt or no consideration paid if none shown.

**GRANTEE(S) OR AGENT:** Pat Coker Agent

**GRANTEE'S ADDRESS:** 14 Downing
Texarkana AR 71854

**ACKNOWLEDGMENT**

STATE OF Arkansas
COUNTY OF Miller

**BE IT REMEMBERED** that on this day came before me, the undersigned, a Notary Public within and for the County and State aforesaid, duly commissioned and acting, JANE C HOY, to me well known as the GRANTOR(S) in the foregoing Deed and stated that they had executed the same for the consideration and purposes therein mentioned and set forth.

**WITNESS** my hand and seal as such Notary Public this 8th day of December, 2023.

Pat Coker
Notary Public

PAT COKER
MY COMMISSION # 12399114
EXPIRES: June 2, 2024
Miller County