Miller County
Assessor's Office
Joyce Dennington, Assessor

**HELPING EVERY ADDICT RECOVER DAILY (HEARD), INC**

Address: 14 DOWNING
Legal: ALL LOT 5
Parcel: 5730170 RPID: 35366 Acres: 0.37




Date Created: 12/22/2023
Created By: actDataScout

1 inch = 146 feet

**EXHIBIT 5**

Powered By actDataScout

www.actDataScout.com

# 14 Downing Zoning




12/22/2023, 9:38:44 AM

Override 1

Municipal Boundaries

Texarkana, AR

Zoning Texarkana AR

Single-Family Residential

Low Density Residential

Medium Density Residential

1:2,257

0 0.01 0.03 0.06 mi

0 0.03 0.05 0.1 km

Esri Community Maps Contributors, City of Texarkana, TWU, Arkansas GIS Office, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, Esri, HERE,

ArcGIS Web AppBuilder

Esri Community Maps Contributors, City of Texarkana, TWU, Arkansas GIS Office, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, Esri, HERE, Garmin, SafeGraph, GeoTechnologies, Inc, METI/NASA, USGS, EPA, NPS, US Census Bureau, USDA | none |