**ARK-Soyars, Heather**

**From:** ARK-Richards, Tyler
**Sent:** Monday, December 11, 2023 10:29 AM
**To:** Carlotta Powell
**Cc:** ARK-Finley, Jamie
**Subject:** RE: Downing Drive

Carlotta,

I am receiving information that you are moving in to the house on Downing to prepare for boarding. I would like to reiterate that in order to run a boarding house (halfway house, rehab, etc...) you MUST first go through our Planning Commission. The property is not zoned for a boarding house. If you proceed without first obtaining the necessary permission from the Planning Commission, I could be forced to cut your utilities. If you have any questions please call me on my cell. 903.824.74302.

**Thank you,**

**Tyler Richards, P.E., CFM**
**Public Works Director**

City of Texarkana, Arkansas
216 Walnut Street
Texarkana, Arkansas 71854
O: (870) 779-4975
F: (870) 773-2395

**From:** Carlotta Powell <carlottap75@gmail.com>
**Sent:** Tuesday, November 7, 2023 2:14 PM
**To:** ARK-Richards, Tyler <Tyler.Richards@txkusa.org>
**Subject:** Re: Downing Drive

CAUTION: This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I have tried to call you a couple of times but it rings one time and then hangs up.

On Thu, Oct 26, 2023 at 3:22 PM ARK-Richards, Tyler <Tyler.Richards@txkusa.org> wrote:

Carlotta,

I have received a number of inquiries about the property that was purchased on Downing Drive. There are many folks in the neighborhood that are concerned about a halfway house at this location. I just wanted to remind you that the



**EXHIBIT 6**

property would have to be re-zoned to R-4 zoning in order for you to utilize the home for transitional housing. Please give me a call if you have any questions.

**Thank you,**

**Tyler Richards, P.E., CFM**

**Public Works Director**

City of Texarkana, Arkansas

216 Walnut Street

Texarkana, Arkansas 71854

O: (870) 779-4975

F: (870) 773-2395

**ARK-Soyars, Heather**

| | |
|---|---|
| **From:** | ARK-Richards, Tyler |
| **Sent:** | Wednesday, December 27, 2023 11:56 AM |
| **To:** | Joshua Potter |
| **Cc:** | ARK-Finley, Jamie |
| **Subject:** | Re: Corrections |

That sounds good. I just spoke with Kirk Lane, Director for Arkansas Opioid Recovery. He has requested all correspondence regarding this matter so that he may present it to his attorneys. He mentioned on our phone conversation that there is protection under the fair housing act (not his exact words but that was the idea). I informed him that it is a zoning matter and has nothing to do with the occupants. It is considered a boarding house under our ordinances.

**Thank you,**

**Tyler Richards, P.E.**
**Public Works Director**

City of Texarkana, Arkansas
216 Walnut Street
Texarkana, Arkansas 71854
O: (870) 779-4975
F: (870) 773-2395
C: (903) 824-7302

On Dec 27, 2023, at 11:46 AM, Joshua Potter <joshua@texarklaw.com> wrote:

CAUTION: This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'll meet with Jamie and then I will set up a time to call you, if needed.

<Outlook-zb0on25o.jpg>
117 East Broad Street, Texarkana, AR 71854
T: 870.774.2569 **F:** 870.773.2104
**E.** joshua@texarklaw.com
**Visit our website:** texarklaw.com

---

**From:** ARK-Richards, Tyler <Tyler.Richards@txkusa.org>
**Sent:** Wednesday, December 27, 2023 11:44 AM