## RE: Corrections

ARK-Finley, Jamie <jamie.finley@txkusa.org>
Wed 12/27/2023 12:48 PM
To:Joshua Potter <joshua@texarklaw.com>

Just let me know what works for you Josh.

Jamie Finley
Planning and Zoning
Texarkana, Arkansas
870-779-4944
Jamie.finley@txkusa.org

---

**From:** Joshua Potter <joshua@texarklaw.com>
**Sent:** Wednesday, December 27, 2023 11:46 AM
**To:** ARK-Richards, Tyler <Tyler.Richards@txkusa.org>; ARK-Finley, Jamie <jamie.finley@txkusa.org>
**Subject:** Re: Corrections

CAUTION: This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'll meet with Jamie and then I will set up a time to call you, if needed.

POTTER & MARKS
ATTORNEYS AT LAW

117 East Broad Street, Texarkana, AR 71854
**T**: 870.774.2569 **F**: 870.773.2104
**E.** joshua@texarklaw.com
**Visit our website:** texarklaw.com

---

**From:** ARK-Richards, Tyler <Tyler.Richards@txkusa.org>
**Sent:** Wednesday, December 27, 2023 11:44 AM
**To:** ARK-Finley, Jamie <jamie.finley@txkusa.org>
**Cc:** Joshua Potter <joshua@texarklaw.com>
**Subject:** Re: Corrections

Is it possible to do it over phone? I'm sorry it's just a bit hectic around my place right now.

**Thank you,**

**EXHIBIT 7**

**Tyler Richards, P.E.**

**Public Works Director**

City of Texarkana, Arkansas
216 Walnut Street
Texarkana, Arkansas 71854
O: (870) 779-4975
F: (870) 773-2395
C: (903) 824-7302

On Dec 27, 2023, at 10:48 AM, ARK-Finley, Jamie <jamie.finley@txkusa.org> wrote:

I'm free all week. Tyler is in and out on paternity leave so whatever works for him works for me.

Jamie Finley
Planning and Zoning
Texarkana, Arkansas
870-779-4944
Jamie.finley@txkusa.org

<image001.png>

---

**From:** Joshua Potter <joshua@texarklaw.com>
**Sent:** Wednesday, December 27, 2023 10:47 AM
**To:** ARK-Finley, Jamie <jamie.finley@txkusa.org>
**Cc:** ARK-Richards, Tyler <Tyler.Richards@txkusa.org>
**Subject:** Re: Corrections

CAUTION: This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jamie and Tyler,

Do you two have time this week to meet with me on this?

<image002.jpg>
117 East Broad Street, Texarkana, AR 71854
**T**: 870.774.2569 **F**: 870.773.2104
**E.** joshua@texarklaw.com
**Visit our website:** texarklaw.com

---

**From:** ARK-Finley, Jamie <jamie.finley@txkusa.org>
**Sent:** Wednesday, December 27, 2023 10:30 AM
**To:** DiAnne B. <dsbar2012@hotmail.com>

**Cc:** ARK-Richards, Tyler <Tyler.Richards@txkusa.org>; Joshua Potter <joshua@texarklaw.com>
**Subject:** RE: Corrections

Good morning,

Planning and Zoning has not approved the rezoning of this property. Mrs. Powell filed her application on Friday, December 22, 2023 at 4:50pm and is on the agenda for the January 9th meeting.

I am not sure if Mrs. Powell is connected with SWACMH but she is, or at least was, connected with River Ridge Treatment Center on Stateline. "HEARD" appears to be a non-profit that was set up in order to apply for the grant and purchase the house.

Our ordinances do not specifically call out recovery/transition/half-way houses. We define a boarding house as "*Boarding or rooming house:* A dwelling or part thereof where meals and/or lodging are provided for compensation for two (2) or more persons not transients." and therefore, this is a boarding house for our purposes. I am not certain if she will be charging the residents to live there but that is normally how recovery houses work. A boarding house requires rezoning as it is only allowed in R-4.

Regarding the map and street names, The map we use comes from the Tax Assessors office. I understand that Castlewood is just a cut thru street. I'm not sure why the map shows Castlewood in front of Danny and Remica Gray's property but it does also show Cambridge Dr. See attached.

Jamie Finley
Planning and Zoning
Texarkana, Arkansas
870-779-4944
Jamie.finley@txkusa.org

<image001.png>

---

**From:** DiAnne B. <dsbar2012@hotmail.com>
**Sent:** Tuesday, December 26, 2023 4:57 PM
**To:** ARK-Finley, Jamie <jamie.finley@txkusa.org>
**Subject:** Corrections

CAUTION: This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1. #14 appears to be on the deed/tax rolls as "Helping Every Addict Recover Daily by Heard, Inc." Buyers of property----but Carlotta Powell(not Howell) is connected

w/SWAMH on Arkansas Blvd & E. 39th as a state funded mental/drug/alcohol rehab center.

2. How does this rehab compare to a boarding house which most times collects money from their renters & may not have issues?
3. On the map sent to us for information, Cambridge was listed as Castlewood which is only a cut-thru street from east Downing to east Cambridge with NO mailboxes with addresses on Castlewood.

Just 1 mistake could jeopardize our zoning in our neighborhood into something not very nice to live in or have to deal with daily.

Thank you for your help,

D. Barfield
17 Downing
870-772-9149