(1) The particular shall control the general.

(2) In the case of any difference of meaning or implication between the text of this chapter and any chart, graph, illustration or table, the text shall control.

(3) The word "shall" is always mandatory and not discretionary. The word "may" is permissive.

(4) Words used in the present tense shall include the future and words used in the singular include the plural and the plural the singular, unless the context clearly indicates the contrary.

(5) The words "building" and "structure" are synonymous and include any part thereof.

(6) The word "person" includes individuals, firms, corporations, associations and any other similar entities.

(7) The words "lot," "parcel," "site," "tract," or other unit of ownership are synonymous and may be used interchangeably.

(8) The word "city" means the area of jurisdiction of the city.

(9) All public officials, bodies and agencies to which reference is made are those of the city.

(10) All yards required by this chapter shall be open and unobstructed by structures from the lowest level of the lot to the sky except as specifically regulated herein.

(Code 1983, § 28-141; Ord. No. K-286, § 1(art. XI, § 1), 11-21-1988)

## Sec. 50-314. - Definitions.

The following words, terms and phrases, when used in this article, shall have the meanings ascribed to them in this section, except where the context clearly indicates a different meaning:

*Access easement* means a right-of-way or parcel of land specified or set aside as the way or means by which a piece of property is approached or entered, given by the owner of land to another party.

*Accessory buildings and uses* means an accessory building is a subordinate building or a portion of the main building, the use of which is clearly incidental to, or customarily found in connection with, and (except as otherwise provided in this chapter) located on the same lot as, the use of the main building or principal use of the land. An accessory use is one which is clearly incidental to, or customarily found in connection with, and on the same lot as, the main use of the premises. When "accessory" is used in the text, it shall have the same meaning as accessory use (refer to section 50-146).

*Act of God* means an event that directly and exclusively results from the occurrence of natural causes that could not have been prevented by the exercise of foresight or caution; an inevitable accident. Courts have recognized various events as acts of God: tornadoes, earthquakes, death, extraordinarily high tides, violent winds, lightning, fires, and floods.

**EXHIBIT 8**

Texarkana, AR
Municode Codification

*Agricultural products processing* means a facility which involves the operation of processing, preparing, or packaging agricultural products which are not grown on the site.

*Agriculture* means the use of land for farming, dairying, pasturage, apiculture (bees), aquaculture (fish, mussels), horticulture, floriculture, viticulture (grapes), or animal and poultry husbandry; this includes the necessary accessory uses for packing, treating, or storing the produce from these activities.

*Agriculture-related business* means an establishment engaged in the retail sale of supplies directly related to the day-to-day activities of agricultural production, including the bulk storage of hay, feed, seed, fertilizers (does not allow manure that is not packaged) and related agrichemicals.

*Alley* means a public passage or way affording a secondary means of vehicular access to abutting property and not intended for general traffic circulation.

*Animal, exotic,* means animals that are not usually found running at large within the natural areas of the state; that do not meet the definition of household/domestic animals or farm animals; that are not usually considered as a food supply or animal of burden in the United States, and which close relative or parentage is usually imported from another country.

*Animal, farm,* means any animal that customarily is raised in an agricultural, rather than urban, environment, for profit on farms and has the potential of causing a nuisance if not properly maintained. Allowed farm animals in the city limits are horses, cattle, dairy cows, donkeys, and mules, (water buffalo, llamas, emus, and ostriches currently being reviewed for inclusion). The term "farm animal" does not include "hobby chickens," which is separately defined.

*Animal, game,* means animals which are normally wild by nature, provide citizens with a portion of food for consumption, and are usually hunted under a permit issued by the state.

*Animal, wild by nature,* means animals which normally fall within the category of scavenger or predator; may instill fear and apprehension in persons of normal sensitivity, when encountered; require extraordinary precautions to prevent escape, and will not usually voluntarily return to the domicile after escape.

*Animal clinic* or *veterinarian* means a facility, differentiated from a small animal clinic in that veterinarian medical treatment, surgeries, vaccinations, and other services it offers include boarding, with pens, stables, kennels and holding areas as part of the clinic.

*Animal control department* means the agency of the city having primary responsibility for the implementation of regulations for animals and fowl (see chapter 8).

*Animal shelter* or *pound* means a facility used for animal control to contain animals and where various animal services may be administered with the aim of protecting the public from danger and health concerns associated with animals, especially stray or unlicensed pets.

*Animal welfare services* or *animal adoption center* means a nonprofit organization that provides for animal adoption, relocation, lost and found services, spay and neuter and other pet services for the benefit of animals.

*Animal/pet cremation service* means a service dedicated to the disposition of animal remains by means of cremation that may also provide retail goods and services as an accessory use.

*Apartment* or *flat* means a self-contained housing unit that occupies only part of a building. Such a building may be called an apartment building, especially if it consists of many apartments for rent. Apartments may be owned by an owner/occupier or rented by tenants.

*Area of sign* means the portion of a sign consisting of letters, words, numerals, symbols, and the like; includes measurement of all face surfaces and where those message elements are not enclosed or circumscribed by a boundary or frame shall be that area of a square or rectangle which just encompasses the entire message.

*Automobile junk or salvage yard.* See *Junkyard.*

*Automobile painting or body rebuilding shop* means a facility for restoring auto bodies, painting, or refinishing.

*Auto repair garage* means a facility for major motor vehicle repair, excluding body rebuilding.

*Awning sign* means a sign attached to or incorporated into an awning or an awning that is internally illuminated.

*Babysitting* means a passive watching-over of children generally for shorter time periods than planned all-day child care facilities for five or less children. Babysitting by high school children, grandparents and others semiformally and semisocially is, for zoning purposes, an accessory use in dwellings.

*Bed and breakfast inn* means an owner/innkeeper-occupied single-family dwelling, where a portion of the dwelling is available for short-term lodging for a fee and where receptions or other social events may be held. An accessory gift shop and full-service restaurant open to the general public may be permitted within a bed and breakfast inn. The guest rooms shall be located in the principal building on the lot and not in any accessory buildings. Bed and breakfast inns are permitted as a conditional use in the R-1 rural residential, R-3 low density residential, and R-4 multifamily residential zones and the O-1 office quiet business zone.

*Boardinghouse* or *roominghouse* means a dwelling or part thereof where meals and/or lodging are provided for compensation for two or more persons not transients.

Texarkana, AR
Municode Codification

*Building* means any structure including a roof supported by walls, designed or intended for the support, enclosure, shelter or protection of persons, animals, chattels, or property and forming a construction that is safe and stable; the term "building" includes the term "structure."

*Building coverage* means the percentage of the lot area covered by the building. The building area shall include all overhanging roofs.

*Building, height of,* means the vertical distance measured from the average elevation of the finished grade at the front of the building to the highest point of the structure, exclusive of chimneys, ventilators, or other extensions above the roof line that are not intended for occupancy or internal usage by persons.

*Building lines* means the lines that are parallel to the front, side, or rear lot lines of a lot at a distance equal to the minimum setback requirements and beyond which the vertical wall of a building or structure shall not be located closer to said lot lines.

*Building, main or principal,* means a building in which is conducted or intended to be conducted, the main or principal use of the lot on which said building is located.

*Caliper* means the diameter of a tree trunk measured six inches above ground level. If a tree is of a multitrunk variety, the caliper of the tree is the average caliper of all of its trunks.

*Canopy tree* means a species of a tree, which normally bears crown foliage no lower than six feet above ground level upon maturity.

*Chicken, hobby,* means fowl that are being raised on non-agricultural lots as a hobby instead of as a farming operation. Hobby chickens are used for the production of eggs, garden fertilizer, meat production or as pets for non-commercial purposes.

*Child care center* means any child care facility conducted under public or private auspices on a profit or nonprofit basis providing direct part-time care and protection for children. Any facility that is open more than five hours during any 24-hour period or more than a total of ten hours during a seven-day period is considered a child care center and shall be subject to the provisions of the Child Care Facility Licensing Act. Those facilities meeting the above definitions but operating no more than three weeks are not required to comply with the licensing requirements, i.e.: summer Bible schools and day camps.

(1) For purposes of determining the need for a license, all part-time care provided at the site of a licensed program is considered a part of the licensed program and therefore subject to licensing requirements. This includes separate buildings located on the same property or any other property under the same ownership. However, mother's day out and other part-time programs serving children not participating in the licensed program are exempt as long as they operate no more than five hours per day or ten hours per week.

(2)

A public or private school which operates kindergarten (K5) in conjunction with grades one and above, or for grades one and above only and provides short-term custodial care (not to exceed 20 hours weekly) prior to and/or following classes for those students, is not required to comply with licensing requirements for the short-term custodial care is provided.

(3) The term "child care center" does not include public and private schools organized, operated or approved under the laws of this state, custody of children fixed by a court of competent jurisdiction, children related by blood or marriage within the third degree of the custodial persons, or to churches or other religious or public institutions caring for children within the institutional building (refer to section 50-151).

*Child care facility* means any facility defined by A.C.A. § 20-78-202(4).

*Child care licensing unit* means the unit within the department of human services, division of child care and early childhood education, that inspects and investigates any proposed or operating childcare center and any personnel connected with the center to determine if the facility will be or is being operated in accordance with the Child Care Facility Licensing Act and the licensing requirements for the child care centers.

(1) A CCFH license is required when one or more persons care for six or more children, from more than one family at the same time. A maximum of 16 children may be cared for with a CCFH license;

(2) An individual shall be eligible to hold only one license, which shall be issued for one location. The holders of the license shall be considered the primary caregivers and shall be present and responsible for children during hours of care. At least one of the licensees (primary caregivers) shall be present at all times children are in care and shall not be otherwise employed during the hours of care;

(3) The caregiver's own preschool children shall be considered when determining the need for a license. The caregiver's own school age children are not considered when determining the need for a license. Other children in the home who are not accompanied by a parent, whether pay is received for care or not, are considered in determining the need for a license and will be counted in the ratio after a license is obtained; and

(4) A child care family home which is not required to be licensed by this definition may voluntarily choose to apply for a license or for registration with the voluntary registry.

*Clearance (of a sign)* means the smallest vertical distance between the grade and the lowest point of any sign, including framework and embellishments, extending over that grade.

*Clinic, dental or medical,* means a facility for the examination, and treatment of ill and afflicted human outpatients; provided, however, that patients are not kept overnight except under emergency conditions.

Texarkana, AR
Municode Codification

*Clubs and lodges* means an association of persons for the nonprofit promotion of some common object as charity, fellowship, politics, or something similar.

*Commissary* means a location designated by the city at which a mobile food vendor holding a valid mobile food permit pursuant to this chapter may dispose of wastewater from storage tanks and/or clean any utensils or kitchenware associated with mobile vendor's operations under this chapter.

*Condominium* means one of a group of housing units where each homeowner owns their individual unit space, and all the dwellings share ownership of areas of common use. The individual units normally share walls, but that isn't a requirement. The main difference between condos and regular single homes is that there is shared ownership of parts of the land and/or building. Usually, the exterior maintenance is paid for out of homeowner dues collected and managed under strict rules. The exterior walls and roofs are insured by the condominium association, while all interior walls and items are insured by the homeowner.

*Country club* means a chartered, nonprofit membership club catering primarily to its membership, providing one or more of the following recreational and social activities: golf, swimming, riding, outdoor recreation, club house, locker room, and pro shop.

*Crossroads TIF district* means an area of land with its appurtenances and buildings established by Ordinance L-261 for the purpose of economic development and/or tourism that may be regarded as a single premises for the purposes of signage allowed in such districts.

*Deciduous* means a plant with foliage that is shed annually.

*Developmentally disabled* means an impairment that:

(1) Is attributable to an impairment of general intellectual functioning or adaptive behavior, including cerebral palsy, spina bifida, Down syndrome, epilepsy, or autism;

(2) Is attributable to any other condition of a person found to be closely related to intellectual and developmental disability because the condition results in an impairment of general intellectual functioning or adaptive behavior similar to that of a person with an intellectual and developmental disability or requires treatment and services similar to that required for a person with an intellectual and developmental disability;

(3) Is attributable to dyslexia resulting from a disability;

(4) Originates before the person attains 22 years of age;

(5) Has continued or can be expected to continue indefinitely;

(6) Constitutes a substantial impairment to the person's ability to function without appropriate support services, including, but not limited to, planned recreational activities, medical services such as physical therapy and speech therapy, and sheltered employment or job training.

Texarkana, AR
Municode Codification

*Dickey Houses Historic District* means an area of land with its appurtenances and buildings established by Ordinance H-531 for the purpose of preservation, and/or tourism that may be regarded as a single premise for the purpose of signage allowed in such districts.

*Directory sign* means a sign located in a complex that lists tenants and corresponding addresses located within the complex.

*Disposal* means a discharge, deposit, injection, dumping, spilling, leaking, or placing any toxic, hazardous or nuclear waste or any constituent thereof may enter the environment or be emitted into the air or discharged into any waters, including groundwater.

*District signage* means an allowed sign in one of the specified districts established by local ordinance for the purpose of economic development or historic preservation/tourism; a sign in a TIF district that requires a conditional use permit by the planning commission to function as an on-premises sign or a sign in a local ordinance historic district that requires a certificate of appropriateness by the historic district commission to function as an on-premises sign.

*District, zoning,* means any section or division of the city for which the regulations governing the use of land, density, bulk, height, and coverage of buildings and other structures are uniform.

*Drive-in commercial uses* means any retail commercial use providing considerable off-street parking and catering primarily to vehicular trade such as drive-in restaurants, drive-in theaters, and similar uses.

*Drive-through restaurant menu board* means a sign placed adjacent to a designated drive-through lane of a drive-through service establishment.

*Donation collection drop-off bin* means a publicly accessible bin or container that shall be designated as an accessory structure for the purpose of collecting donations of items such as textiles, shoes, for recycling or resale.

*Dwelling* means a building or part of a building designed for occupancy by one family for residential purposes as a single housekeeping unit. The term "dwelling" also includes recreational vehicles (RVs).

*Dwelling, attached,* means a dwelling having all or any portion of not more than one wall in common with an adjoining dwelling.

*Dwelling, detached,* means a dwelling having open space on all sides.

*Dwelling, multiple-family,* means a dwelling designed for occupancy by three or more families living independently of each other, exclusive of auto or trailer courts or camps, hotels, or motels.

*Dwelling, single-family,* means a dwelling designed to be occupied by one family.

*Dwelling, townhouse or row house,* means two or more dwelling units attached at the side, each unit of which has a separate outdoor entrance and is designed to be occupied and owned by one family.

*Dwelling, two-family*, means a dwelling designed to be occupied by two families living independently of each other.

*Dwelling unit* means a room or group of rooms within a dwelling and forming a single habitable unit with facilities for living, sleeping, and cooking.

*Dwelling, zero lot line*, means a single detached dwelling unit that is constructed on a side property line of said lot; such that the wall located on the side property line should be "blank" with no openings of any type allowed.

*Electronic sign* means a sign using electrical impulses to display a message, picture or design, whether stationary, moving or tracking in character as in an electronic message center (EMC).

*Electronics repair* means a shop for the repair and/or servicing of televisions, VCRs, radio equipment, CB radios, cellular telephones and other similar electronic equipment employing not more than three persons on premises in O-1 office and quiet business and C-1 general commercial districts and not involving any manufacturing on premises. All work and storage is to be conducted inside the building with no retail sales on premises.

*Entertainment district* means an area with specific boundaries where entertainment venues and restaurants serving alcohol are located. During hours of operation of the entertainment district as set by the city, alcohol may be consumed in open containers outdoors but subject to all state statutes as well as local ordinances that otherwise apply. The boundaries of an entertainment district is shown on the map attached to the ordinance from which this definition derives and ranges from Stateline Avenue at 5th Street, west to Walnut Street, south on Walnut Street to 3rd Street, then east along 3rd Street to Laurel Street; and, from there south on Laurel Street to Broad Street, then west on Broad Street to Hazel Street and turning south at Hazel Street (Hazel Street curves and merges into Front Street), west on Front Street to the east side of Pine Street, then north along the east side of Pine Street where it merges into State Line Avenue and north from there to the point of beginning at 5th Street.

*Evergreen* means a plant with foliage that remains green year-around.

*Family* means one or more persons related by blood or marriage, including adopted children, or a group of not to exceed four persons not all related by blood or marriage, occupying premises and living as a single, nonprofit housekeeping unit, as distinguished from a group occupying a boarding or lodging house, hotel, club, or similar dwelling for group use. A family may include domestic servants employed by said family.

*Family care facility* means a facility which provides resident service in a family-like environment to not more than 12 individuals under the supervision of no fewer than two onsite personnel at all times. These individuals require a minimum level of supervision and are provided service and supervision in accordance with their individual needs. All medical and counseling services must be provided off site.