# Planning Commission Application

City of Texarkana, Arkansas

| Mailing Address: PO BOX 2711 TEXARKANA AR 75504-2711 | Phone: (870) 779-4971 Fax: (870) 773-2395 Website: www.txkusa.org/ar | Physical Address: 216 WALNUT ST TEXARKANA AR 71854-6024 |
|---|---|---|

**Application Number:** PC2024-001 **Receipt Number:** ____

**Public Hearing Date:** 1-9-24 **Application Date:** 12/19/23

**Agenda Deadline:** 12/19/23 5:00 p.m.

**Applicant:** Carlotta Powell /HEARD

**Mailing Address:** 7073 Texas Hwy 77 West Atlanta TX 75551

**Telephone Number:** 903-650-2851 (email) carlottap75@gmail.com

**Legal Description:** Lot 5, Blk 6, Woodlands

**Street Address:** 14 Downing

**Request/Fee (see attached fee schedule)**

- [x] Rezoning
- [ ] Conditional Use Permit
- [ ] Historic District Petition
- [ ] Annexation/Detachment
- [ ] Flood Plain Review
- [ ] R-O-W Abandonment Petition
- [ ] Subdivision Plat: [ ] Residential $____
- [ ] Subdivision Plat: [ ] Multi-Family, Commercial, & Industrial $____

**Applicant's Request:** Rezone from R2 to R4

**Reason For Request:** Open a boarding house

**If Rezoning:**

- [ ] Title of Property vested in* HEARD
- [ ] Zoning Change From R2 To R4

**Notification Documentation:**

- [ ] Affidavit Certification Executed
- [ ] List of Property Owners Within [ ] 100/ [ ] 300 foot Notification Area
  - [ ] A. Legal Descriptions
  - [ ] B. Mailing Addresses
  - [ ] C. Location Map Delineating [ ] 100/ [ ] 300 foot Notification Area

**Proof of Ownership or Leasehold Interest:**

- [x] Deed
- [ ] Executed Offer/Acceptance Contract
- [ ] Annexation Petition
- [ ] Executed Option Agreement
- [ ] Executed Lease
- [ ] ROW Abandonment Petition

I, ______________________, the owner of record of the above described property hereby authorize the option or/purchaser and applicant herein to make application with the Texarkana, Arkansas Planning Commission to rezone the subject property.

______________________ (Title Holder)

______________________ (Date)



**EXHIBIT 9**