LEGAL AID of ARKANSAS
Equal Access to Justice
*Fighting Poverty, Maintaining Dignity, Assuring Justice*

TOLL FREE
800-967-9224

TELEPHONE/FAX
870-972-9224

HELPLINE
800-952-9243

www.arlegalaid.org

Arkansas Children's Hospital
1 Children's Way, Slot 695
Little Rock, AR 72202-3500
501-978-6479 – Fax

Harrison
205 W Stephenson Avenue
Harrison, AR 72601

Helena-West Helena
622 Pecan Street
Helena, AR 72342

Jonesboro
714 S Main Street
Jonesboro, AR 72401

Little Rock
2725 Cantrell Road
Suite 104
Little Rock, AR 72202

Newport
202 Walnut Street
Newport, AR 72112

Springdale
1200 Henryetta Street
Springdale, AR 72762

West Memphis
310 Mid Continent Plaza
Suite 420
West Memphis, AR 72301

*Administration Office*
Rogers
1200 W Walnut Street
Suites 3101-3107
Rogers, AR 72756

January 5, 2024

Jamie Finley
Planning and Zoning
Texarkana, Arkansas

Tyler Richards
Public Works Director
Texarkana, Arkansas

*By Email: Jamie.finley@txkusa.org; tyler.richards@txkusa.org*

***Re: Request for Reasonable Accommodation Under the Fair Housing Act***

Dear Ms. Finley and Mr. Richards,

I represent a non-profit organization called Helping Every Addict Recover Daily (HEARD), which owns a house at 14 Downing Drive in Texarkana.

HEARD received funding from the Arkansas Opioid Recovery Partnership (ARORP) to open a recovery residence. The residence will be used to house women who are in recovery for Substance Use Disorder. While staying at the residence, the women will be closely monitored to ensure their compliance with a specific recovery program. Support will be provided to help the residents obtain medical treatment, mental health services, and employment. The residents will also receive life-skill training on tasks like cooking, budgeting, and parenting. In addition, the residents will be required to give back to the community by doing service work like feeding the homeless or volunteering for a community service organization.

It has come to HEARD's attention that the City of Texarkana objects to the use of 14 Downing Drive being used for the purpose of a recovery residence. Specifically, the City considers this a "boarding house," and takes the position that such an operation can only be located in a part of the City zoned R-4. 14 Dowing Drive is zoned R-2.

HEARD is part of the National Association of Recovery Residences (NARR). NARR's core principle requires a social model of recovery. This includes facilitating active recovery and community engagement that cultivates the residents' sense of belonging and responsibility for their community. These goals can only be fully realized if the recovery residence is in a neighborhood setting and not relegated to designated areas in undesirable parts of town. The City's position regarding the placement of this recovery residence undermines the residents' ability to fully recover from substance use disorder.

**EXHIBITS 10**

On behalf of its residents, HEARD specifically requests a zoning variance and/or a conditional use permit to allow it to operate a recovery residence at 14 Dowing Drive. This request is made pursuant to the state and federal Fair Housing Acts, *See* 42 U.S.C § 3604(f)(3)(B); Ark. Code Ann. § 16-123-204.

Please respond in writing as to whether you are granting this request. Your failure to respond in writing by January 12, 2024, will be deemed a denial of these requests, and HEARD will file a complaint with HUD and/or seek redress in United States District Court.

Be aware that it is unlawful to retaliate against organizations or individuals for exercising or attempting to exercise their rights under the Fair Housing Act. 42 U.S.C.§ 3617; Ark. Code Ann. § 16-123-208.

Sincerely,

Jason Auer
Attorney at Law
Legal Aid of Arkansas
jauer@arlegalaid.org
870-972-9224 ext. 6318
Fax: 870-910-5562