LEGAL AID of ARKANSAS
Equal Access to Justice
*Fighting Poverty, Maintaining Dignity, Assuring Justice*

TOLL FREE
800-967-9224

TELEPHONE/FAX
870-972-9224

HELPLINE
800-952-9243

www.arlegalaid.org

Arkansas Children's Hospital
1 Children's Way, Slot 695
Little Rock, AR 72202-3500
501-978-6479 – Fax

Harrison
205 W Stephenson Avenue
Harrison, AR 72601

Helena-West Helena
622 Pecan Street
Helena, AR 72342

Jonesboro
714 S Main Street
Jonesboro, AR 72401

Little Rock
2725 Cantrell Road
Suite 104
Little Rock, AR 72202

Newport
202 Walnut Street
Newport, AR 72112

Springdale
1200 Henryetta Street
Springdale, AR 72762

West Memphis
310 Mid Continent Plaza
Suite 420
West Memphis, AR 72301

*Administration Office*
Rogers
1200 W Walnut Street
Suites 3101-3107
Rogers, AR 72756

February 7, 2024

Josh Potter
City Attorney
Texarkana, Arkansas

Jamie Finley
Planning and Zoning
Texarkana, Arkansas

Tyler Richards
Public Works Director
Texarkana, Arkansas

*By Email: Jamie.finley@txkusa.org; tyler.richards@txkusa.org; joshua@texarklaw.com*

***Re: Carlotta Powell, 14 Downing Drive***

Dear Mr. Potter,

I represent a non-profit organization called Helping Every Addict Recover Daily (HEARD), which owns the house at 14 Downing Drive in Texarkana. We met briefly at the City Board meeting on February 5th.

At that meeting, the City Board of Directors denied HEARD's appeal of the Planning Commission's decision to deny HEARD's request to re-zone 14 Downing Drive from R-2 to R-4 to allow the operation of a recovery residence.

During the meeting, you stated that a zoning variance or conditional use permit might be more appropriate than re-zoning the property. I agree. In the request for reasonable accommodation that I sent to the City on January 5th, 2024, our specific request was "a zoning variance and/or a conditional use permit to allow [HEARD} to operate a recovery residence at 14 Dowing Drive." I requested a response in writing to the reasonable accommodation request by January 12, 2014. As of today, I have received no response.

In addition, I find no procedure in the Texarkana Code of Ordinances to make a request for a variance, and the code makes clear (28-21) that a conditional use permit for a "rooming or boarding house" is not available in R-2. Thus, I am forced to conclude that continuing to pursue relief for HEARD through the City of Texarkana is futile.

At this point, I think it is best to get HUD involved through a formal complaint.

**EXHIBIT 11**

United Way
LSC America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

In the meantime, I have reviewed the ordinances including the City's definition of Family[1] and Dwelling, single-family[2]. HEARD represents that it will not charge rent to the residents of 14 Downing Drive or exceed four residents until this matter is resolved. This puts 14 Downing in compliance with zoning ordinances and alleviates the need for any potential enforcement actions by the City while HUD investigates.

Be aware that it is unlawful to retaliate against organizations or individuals for exercising or attempting to exercise their rights under the Fair Housing Act. 42 U.S.C.§ 3617; Ark. Code Ann. § 16-123-208.

Sincerely,

Jason Auer
Attorney at Law
Legal Aid of Arkansas
jauer@arlegalaid.org
870-972-9224 ext. 6318
Fax: 870-910-5562

CC. Carlotta Powell

[1] §28-142: *Family:* One (1) or more persons related by blood or marriage, including adopted children, or a group of not to exceed four (4) persons not all related by blood or marriage, occupying premises and living as a single, nonprofit housekeeping unit, as distinguished from a group occupying a boarding or lodging house, hotel, club, or similar dwelling for group use. A family may include domestic servants employed by said family.

[2] Dwelling, single-family: A dwelling designed to be occupied by one (1) family.