9314 8000 3860 0242 3452 60 00000235

## Housing Discrimination Complaint

**1. Complainants:**

Carlotta Powell, Executive Director
H.E.A.R.D. (HELPING EVERY ADDICT RECOVER DAILY)
7000 N. State Line Ave.
Texarkana, AR 71854
Represented By: Jason Auer (Legal Aid of Arkansas)

**2. Complainant Representatives:**

Jason Auer
Legal Aid of Arkansas
2725 Cantrell Road
Suite 104
Little Rock, AR 72202
Representing: Carlotta Powell, Executive Director (H.E.A.R.D. (HELPING EVERY ADDICT RECOVER DAILY))

**3. Other Aggrieved Parties:**

Cynthia Shuffield
14 Downing Drive
Texarkana, AR 71854

Suzanne Orrick
14 Downing Drive
Texarkana, AR 71854

Brandy Bohannon
14 Downing Drive
Texarkana, AR 71854

**4. The following is alleged to have occurred or is about to occur:**

- Otherwise deny or make housing unavailable
- Using ordinances to discriminate in zoning and land use
- Failure to make reasonable accommodation
- Discriminatory terms, conditions, privileges, or services and facilities

**5. The alleged violation occurred because of:**

**EXHIBIT 12**

- Disability

6. **Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):**

14 Downing Drive
Texarkana, AR 71854

7. **Respondents:**

City of Texarkana
216 Walnut Street
Texarkana, AR 71854

Jamie Finley, Planning and Zoning Officer
City of Texarkana
216 Walnut Street
Texarkana, AR 71854

Tyler Richards, Public Works Director
City of Texarkana
216 Walnut Street
Texarkana, AR 71854

8. **The following is a brief and concise statement of the facts regarding the alleged violation:**

Complainant H.E.A.R.D. (HELPING EVERY ADDICT RECOVER DAILY) is a nonprofit corporation that owns a four-bedroom home located at 14 Downing Drive in Texarkana, Arkansas. The Respondents in this matter are the City of Texarkana, Tyler Richards (Public Works Director), and Jamie Finley (Planning and Zoning Officer). The last date of harm was February 6, 2024, and is continuing.

In October 2023, H.E.A.R.D. received a grant from the Arkansas Opioid Recovery Partnership (ARORP) to open a recovery residence in Texarkana, Arkansas (a first of its kind in Texarkana, Arkansas). On or about December 8, 2023, H.E.A.R.D. purchased the home at 14 Downing Drive for the purpose of using it as a recovery residence.

H.E.A.R.D uses the residence to house women who are in recovery for Substance Use Disorder. While staying at the residence, the residents are closely monitored to ensure their compliance with a specific recovery program. Support is provided to help the residents obtain medical treatment, mental health services, and employment. The

residents also receive life-skill training on tasks like cooking, budgeting, and parenting. Soon after the purchase of the home, the Respondent – City of Texarkana, Arkansas, informed H.E.A.R.D's officer, Carlotta Powell, that H.E.A.R.D. could not operate a recovery residence at 14 Downing Drive. The City stated that it considered the operation a "boarding house," and pursuant to Texarkana ordinances, boarding houses are forbidden in single-family neighborhood, which in Texarkana are given the zoning designation "R-2." The City further stated that any boarding house would need to be located in a medium density residential district (designated R-4). R-4 zoned areas in Texarkana are more likely to be in impoverished and high-crime areas with extremely limited access to housing suitable for H.E.A.R.D's purposes.

On December 11, 2023, Texarkana's Public Works Director, Tyler Richards, sent Carlotta Powell an email starting that H.E.A.R.D. needed to obtain permission from the Planning Commission before moving in residents. He further stated that failure to comply would lead the City to cut utility services to the house.
On December 19, 2023, H.E.A.R.D. made an application to rezone the lot from R-2 to R¬4. This was done on the advice of city officials. On January 9, 2024, the Planning Commission took up the application at its monthly meeting and unanimously denied H.E.A.R.D's request for rezoning. After the meeting and at the suggestion of a city official, H.E.A.R.D. appealed the Planning Commission's decision to the City Board of Directors. The Board of Directors heard the matter at a public meeting on February 5, 2024, and denied the appeal.

Meanwhile, on January 5, 2024, H.E.A.R.D. made a request for reasonable accommodation specifically requesting "a zoning variance and/or a conditional use permit to allow it to operate a recovery residence at 14 Dowing Drive." This request was made by letter from Legal Aid of Arkansas to Public Works Director Tyler Richards and Planning and Zoning officer Jamie Finley. The letter specifically requested a written response by January 12, 2024. As of the date of this complaint, the Respondent has made no response to the request for reasonable accommodation.

On February 6, 2024, Tyler Richards contacted Carlotta Powell by phone and said that she needed to have a plan to move H.E.A.R.D.'s three residents out of the home within a week or that the City would begin issuing citations.

**9. The most recent date on which the alleged discrimination occurred:**

February 06, 2024, and is continuing.

**10. Types of Federal Funding Identified:**

- CDBG

11. **The acts alleged in this complaint, if proven, may constitute a violation of the following sections:**

804(a), 804(f), and 804(f)(3)(B) of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988.

Section 504 of the Rehabilitation Act of 1973

**Please sign and date this form:**

**I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.**

| | |
|---|---|
| /s/ Carlotta Powell | 2/20/2024 |
| Carlotta Powell, Executive Director | Date |

**N O T E : HUD WILL FURNISH A COPY OF THIS COMPLAINT TO THE PERSON OR ORGANIZATION AGAINST WHOM IT IS FILED.**