# (DRAFT) CONCILIATION AGREEMENT / VOLUNTARY COMPLIANCE AGREEMENT

BETWEEN

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
OFFICE OF FAIR HOUSING AND EQUAL OPPORTUNITY

AND

Carlotta Powell, Executive Director
H.E.A.R.D. (HELPING EVERY ADDICT RECOVER DAILY)
7000 N. State Line Ave.
Texarkana, AR 71854
(Complainant)

AND

Cynthia Shuffield
14 Downing Drive
Texarkana, AR 71854

AND

Suzanne Orrick
14 Downing Drive
Texarkana, AR 71854

AND

Brandy Bohannon
14 Downing Drive
Texarkana, AR 71854

AND

Jason Auer, Attorney
Legal Aid of Arkansas
2725 Cantrell Road, Suite 104
Little Rock, AR 72202
(Representative)

**EXHIBIT 13**

City of Texarkana
216 Walnut Street
Texarkana, AR 71854
(Respondent)

AND

Jamie Finley, Planning and Zoning Officer
City of Texarkana
216 Walnut Street
Texarkana, AR 71854
(Respondent)

AND

Tyler Richards, City Manager
City of Texarkana
216 Walnut Street
Texarkana, AR 71854
(Respondent)

AND

Annie Depper, Attorney
Fuqua Campbell, P.A.
3700 Cantrell Road, Suite 205
Little Rock, AR 72202
(Representative)

APPROVED BY THE FAIR HOUSING EQUAL OPPORTUNITY REGIONAL DIRECTOR
ON BEHALF OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

**HUD CASE NO. 06-24-7224-8 & 06-24-7224-4**

## A. PARTIES AND SUBJECT PROPERTY

Carlotta Powell is the Executive Director of H.E.A.R.D. (HELPING EVERY ADDICT RECOVER DAILY) (Complainant), which is a nonprofit corporation that owns a four-bedroom home. In October 2023, H.E.A.R.D. opened a recovery residence. The Complainant's current address is 7000 N. State Line Ave., Texarkana, Arkansas, 71854.

The subject property is a single-family dwelling located at 14 Downing Drive, Texarkana, Arkansas, 71854. The property is owned and managed by the Complainant. The respondents are the City of Texarkana (hereinafter "the City"), Jamie Finley, Planning and Zoning Officer, and Tyler Richards, City Manager (Respondents). Respondents' current address is 216 Walnut Street, Texarkana, AR 71854.

## B. STATEMENT OF FACTS

On February 20, 2024, Complainant filed a complaint with the United States Department of Housing and Urban Development (hereinafter "the Department") alleging that they were injured by a discriminatory act by the Respondents. Complainant alleged that Respondents' discriminatory acts violated 804(a), 804(f), and 804(f)(3)(B) of the Fair Housing Act (hereinafter "the Act") as amended in 1988, 42 U.S.C. 3601 et seq., which makes it illegal to make housing unavailable or deny housing, use ordinances to discriminate in zoning or land use, discriminate in terms and conditions, and failure to provide a reasonable accommodation based on disability. Because the City is a recipient of federal financial assistance, it is further alleged that Respondents may have violated Section 504 of the Rehabilitation Act of 1974. Specifically, the Complainant alleged the Respondents discriminated by ruling that the Complainant could not operate a recovery residence at the subject property. The City stated that it considered the operation a "boarding house," and pursuant to Texarkana ordinances, boarding houses are not allowed in single-family neighborhoods zoned "R-2." The City stated that reasonable options existed for Complainant to operate a boarding house in other zones, including in medium density residential districts zoned "R-4." The City also stated that Complainant failed to show a need for its requested accommodation to operate a boarding house in the R-2 zone.

Respondents deny acting unlawfully and specifically deny having discriminated against Complainant but agree to settle the claims in the underlying action by entering into this Conciliation Agreement.

## C. TERM OF AGREEMENT

This Conciliation Agreement (hereinafter "Agreement") shall govern the conduct of the parties to it for a period of one (1) year from the effective date of the Agreement.

## D. EFFECTIVE DATE

1. The parties expressly agree that this Agreement constitutes neither a binding contract under state and federal law nor a Conciliation Agreement pursuant to the Act, unless and until

such time as it is approved by the Department, through the Office of Fair Housing and Equal Opportunity (FHEO) Regional Director or her designee.

2. This Agreement shall become effective on the date on which it is approved by the FHEO Regional Director or her designee.

## E. GENERAL PROVISIONS

1. The parties acknowledge and affirm that this Agreement is a voluntary and full settlement of the disputed complaint. This Agreement constitutes the entire agreement between the parties. There are no understandings, agreement, or representation, oral or written, not specified herein regarding this Agreement.

2. The parties acknowledge and affirm that this Agreement is only between the Respondents and Complainant. Nothing in this Agreement allows, or should be interpreted to allow, any other party to operate a recovery residence, group home, or boarding house at 14 Downing Drive, Texarkana, Arkansas 71854. Nothing in this Agreement provides, or should be interpreted to provide, a re-zoning of 14 Downing Drive, Texarkana, Arkansas 71854 from R-2 to R-4.

3. No party has been coerced, intimidated, threatened or in any way forced to become a party to this Agreement.

4. Respondents, individually and collectively, acknowledge that they have an affirmative duty not to discriminate under the Act, and that it is unlawful to retaliate against any person because that person has made a complaint, testified, assisted, or participated in any manner in any proceeding under the Act. Respondents further acknowledge that any subsequent allegation of unlawful retaliation or unlawful discrimination, if proven true, may constitute both a material breach of this Agreement, and a separate and distinct statutory violation of the Act.

5. The parties understand and agree that this Agreement, after it has been approved by the FHEO Regional Director or her designee, shall be binding upon all parties to this Agreement, and their respective employees, heirs, successors, and assigns and all others in active concert with them in the ownership or management of the subject property located at 14 Downing Drive, Texarkana, Arkansas, 71854.

6. The parties understand and agree that this Agreement shall become a public document pursuant to Section 810(b)(4) of the Act upon approval and execution of this Agreement by the FHEO Regional Director or her designee.

7. Respondents understand and acknowledge that this Agreement does not in any way limit or restrict the Department's authority to investigate any other allegations of unlawful discrimination made pursuant to the Act, or any other complaint within the Department's jurisdiction that involves all or any of the respondents.

8. No amendment to, modification of, or waiver of any provisions of this Agreement shall be effective unless: (a) the amendment, modification or waiver is in writing; (b) all signatories

to the Agreement, or their successors, agree in writing to the amendment, modification or waiver; and (c) the amendment, modification or waiver is approved and signed by the FHEO Regional Director or her designee.

9. The parties understand and agree that the execution of this Agreement may be accomplished by separate execution of consents to this Agreement by the complainants and respondents, and transmission to the Department, provided that each party's original executed signature pages shall be attached to the body of the Agreement to constitute one document.

10. In consideration of the terms of this Agreement, Complainant forever waives, releases, and covenants not to sue the Department or Respondents, their heirs, executors, assigns, agents, employees, and attorneys with regard to any and all claims, damages and injuries of whatever nature, whether presently known or unknown, arising out of the subject matter of HUD Case Numbers, 06-24-7224-8 and 06-24-7224-4, or which could have been filed in any action or suit arising from said subject matter.

11. In consideration of the terms of this Agreement, Respondents hereby forever waives, releases, and covenants not to sue the Department or Complainant, their heirs, executors, assigns, agents, employees, and attorneys with regard to any and all claims, damages and injuries of whatever nature, whether presently known or unknown, arising out of the subject matter of HUD Case Numbers, 06-24-7224-8 and 06-24-7224-4, or which could have been filed in any action or suit arising from said subject matter.

## F. RELIEF FOR COMPLAINANT

1. Respondents agree to allow Complainant to operate a recovery residence at 14 Downing Drive, Texarkana, Arkansas 71854.

2. Respondents agree to allow Complainant to house 12 individuals at the recovery residence at 14 Downing Drive, Texarkana, Arkansas 71854.

## G. RELIEF IN THE PUBLIC INTEREST

1. Respondents agree to not discriminate with regards to the Fair Housing Act of 1968 as amended in 1988 based on race, color, religion, national origin, disability, sex, or familial status.

2. Respondents agree to obtain and attend at least one three-hour fair housing training seminar. The named respondents, Public Works Director, Assistant Public Works Director, Planning Secretary, administrative assistants to Public works, Personnel Administrator, Building Official, and code enforcement officers shall be required to attend the seminar. This training shall be conducted within 180 calendar days from full execution of this agreement.

3. Respondents may select whoever they wish to conduct the training but must inform the Office of Fair Housing and Equal Opportunity in writing as to who conducted the training and provide proof of completion of the training.

4. Respondents agree to present for consideration to the City Board a proposed ordinance that

will allow for special-use permits for the operation of group homes in the residential zones of the City.

## H. REPORTING AND RECORDKEEPING

1. Within thirty (30) days from the effective date of this Agreement, the Respondents will transmit a report of progress in accomplishing the conditions of the agreement identified in paragraph F.1-2 and G.1–4 of this Agreement, together with a copy of the delivery tracking report or certified mail receipt as evidence of delivery, to the FHEO Regional Director.
2. All reports, correspondence, and certifications as required by this Agreement shall include the HUD Case Numbers 06-24-6904-8 and 06-24-7224-4. Further, all required certifications and documentation of compliance must be submitted electronically to: **RegionVIConciliationMonitoring@hud.gov** and Ryan.Dove@hud.gov

or by mail to:

U.S. Department of Housing and Urban Development
Fort Worth Regional Office of Fair Housing and Equal Opportunity
Region VI
Attention: Conciliation Monitoring
307 West 7th, Suite 1000
Fort Worth, TX 76102

## I. MONITORING

The Department shall determine compliance with the terms of this Agreement. During the term of this Agreement, the Department may review compliance with this Agreement. As part of such review, the Department may inspect Complainant's property identified in Section A of this Agreement, examine witnesses, and copy pertinent records of Respondents. Monitoring this agreement may also include, but is not limited to, conducting fair housing tests by the Department or other entity. Respondents agree to provide its full cooperation in any monitoring review undertaken by the Department to ensure compliance with this Agreement.

## J. CONSEQUENCES OF BREACH

Whenever the Secretary, after an examination of any facts and circumstances, has reasonable cause to believe that any respondent has breached this Agreement, the Secretary may refer the alleged breach to the Attorney General of the United States with a request to commence a civil action in the appropriate U. S. District Court pursuant to §§ 810(c) and 814(b)(2) of the Act.

## K. CERTIFICATION

By affixing their signatures hereunder, the parties affirm they have reviewed and fully understand the terms and conditions of this Agreement, and certify they have full authority to

enter into this Agreement on behalf of themselves or as an agent of others.

**L. SIGNATURES**

**Complainant:**

_______________________________ _______________
Carlotta Powell, Executive Director Date
H.E.A.R.D. (HELPING EVERY ADDICT RECOVER DAILY)

**Respondents:**

_______________________________ _______________
Tyler Richards, City Manager Date
City of Texarkana
For himself and for all named Respondents

**M. APPROVAL**

Approved on behalf of the Secretary of the U.S. Department of Housing and Urban Development

_______________________________ _______________
Christina Lewis, Director Date
Fort Worth Regional Office of
Fair Housing and Equal Opportunity
Region VI