**SIGNATURES**

**Complainant:**

Carlotta Powell 1/27/25

Carlotta Powell, Executive Director Date
H.E.A.R.D. (HELPING EVERY ADDICT RECOVER DAILY)

**Respondents:**

City of Texarkana Date
Representative

Tyler Richards, City Manager Date
City of Texarkana

Jamie Finley, Planning and Zoning Officer Date
City of Texarkana

**APPROVAL**

Approved on behalf of the Secretary of the U.S. Department of Housing and Urban Development

Christina Lewis, Director Date
Fort Worth Regional Office of
Fair Housing and Equal Opportunity
Region VI



**EXHIBIT 14**